IN THE CIRCUIT COURT, THIRD
JUDICIAL CIRCUIT, IN AND FOR
COLUMBIA COUNTY, FLORIDA

CASE NO.:
DIVISION:

ROBERT HALL,

    Plaintiff,

v.

PERFORMANCE TRANSPORTATION
LLC. and CALVIN HARRISON
(Individually),

    Defendants.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, Robert Hall, sues Performance Transportation LLC., and Calvin Harrison (hereinafter "Defendants"), and allege as follows:

### JURISDICTION, PARTIES & VENUE

1. This is an action for damages in excess of $15,000.00.

2. At all material, Plaintiff, Robert Hall, was a resident of Florida.

3. At all times material, Defendant, Performance Transportation, LLC., was a Foreign Profit Corporation authorized and doing business in Lake City, Columbia County, Florida.

4. At all times material, Defendant, Calvin Harrison, was over the age of majority and a resident of Georgia.

5. Venue is appropriate in Columbia County, Florida, as the crash occurred there.

## GENERAL ALLEGATIONS

6. The crash giving rise to this action occurred on June 24, 2019 at W. US HWY 90 near the intersection of Bascom Norris Dr. in Lake City, Columbia County, Florida.

7. Defendant, Calvin Harrison, was driving a 2019 Semi, Vehicle License No. PAT6020.

8. Defendant, Performance Transportation., owned the 2019 Semi that Defendant, Calvin Harrison, was driving.

9. On or about June 24, 2019 at approximately 6:20 a.m., the Defendant, Calvin Harrison, negligently operated and/or maintained the above said motor vehicle so as to cause a collision with the vehicle driven by Plaintiff, Robert Hall.

10. Plaintiff, Robert Hall, was driving a 2007 Chevy Impala, Vehicle License No. IJ37RP owned by him.

11. Defendant, Calvin Harrison, was an employee and/or agent of Defendant, Performance Transportation LLC., at the time of this crash.

12. Defendant, Calvin Harrison, was acting within the scope of that employment and/or agency with Defendant, Performance Transportation LLC., at the time of this crash.

13. Plaintiff, Robert Hall, was injured as a result of this crash.

14. Plaintiff, Robert Hall, has permanent injuries as a result of this crash.

15. Defendant, Performance Transportation's 2019 Semi was damaged as a result of this crash.

16. Plaintiff, Robert Hall was driving a 2007 Chevy Imapla that was damaged as a result of this crash.

[11763504/1]

## COUNT I – NEGLIGENCE OF DEFENDANT, CALVIN HARRISON

17. Plaintiff incorporates paragraphs 1-16 herein, and further states:

18. Defendant, Calvin Harrison, had certain duties to act reasonably at the time of this crash to:

    a. Safely operate the tractor trailer to avoid crashing into other vehicles on the road, and;

    b. Exercise reasonable care in the operation and control of the vehicle in his control so as not to injure the Plaintiff.

19. Defendant, Calvin Harrison, breached these duties by:

    a. Negligently operating and/or maintaining the vehicle he was driving, and;

    b. Crashing into the front end of another vehicle.

20. As a result, Plaintiff, Robert Hall, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation or activation of a previously existing condition.

21. All these losses are either permanent or continuing and Plaintiff, Robert Hall, will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment for damages and costs against Defendant, Calvin Harrison, and a trial by jury of all issues herein.

## COUNT II – VICARIOUS LIABILITY OF
## DEFENDANT, PERFORMANCE TRANSPORTATION LLC.

22. Plaintiffs incorporates paragraphs 1-21 herein, and further states:

23. Under Florida's Dangerous Instrumentality Doctrine, Defendant, Performance Transportation LLC., is liable for Defendant, Calvin Harrison's negligent acts.

24. Under Florida's Respondent Superior Doctrine Defendant, Performance Transportation LLC., is liable for Defendant, Calvin Harrison's negligent acts.

25. As a result, Plaintiff, Robert Hall, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation or activation of a previously existing condition.

26. All these losses are either permanent or continuing and Plaintiff, Robert Hall, will suffer the losses in the future.

WHEREFORE, Plaintiff demand judgment for damages and costs against Performance Transportation LLC., and a trial by jury of all issues herein.

**This space left blank intentionally**

[11763504/1]

## COUNT III

## IMPUTED NEGLIGENCE OF PERFORMANCE TRANSPORTATION, LLC. - THE DANGEROUS INSTRUMENTALITY DOCTRINE

The Plaintiff realleges and reavers paragraphs 1 through 26 above as if fully set forth herein and would further state:

17. At all times material hereto, the Defendant, Performance Transportation LLC., owned or had custody and control of said tractor trailer, a Dangerous Instrumentality.

18. At all times material hereto, said vehicle was operated and driven by the Defendant, Calvin Harrison, with the knowledge and consent of the Defendant, Performance Transportation LLC.

19. At all times material hereto, the Defendant Calvin Harrison, owed a duty to the Plaintiff, Robert Hall, to exercise reasonable care in the operation and control of the vehicle in her custody and control so as not to injure the Plaintiff.

20. On or about June 24, 2019 at approximately 6:20 a.m. at W. US HWY 90 near the intersection of Bascom Norris Dr. in Lake City, Columbia County, Florida, the Defendant, Calvin Harrison, negligently operated and/or maintained the above said tractor trailer so as to cause a collision with the 2007 Chevy, which the Plaintiff, Robert Hall, was operating.

21. The aforesaid negligent acts and omission of the Defendant Calvin Harrison, are imputed to the Defendant, Performance Transportation LLC., under the Dangerous Instrumentality Doctrine.

22. As a direct and proximate result of the negligence of Performance Transportation LLC., as imputed by the actions of Calvin Harrison, the Plaintiff Robert Hall suffered bodily

injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. The Plaintiff, Robert Hall, has sustained permanent injuries within a reasonable degree of medical probability.

**WHEREFORE**, the Plaintiff, Robert Hall, demands judgment for damages, prejudgment interest, interest and costs against Defendant, Performance Transportation LLC. and demands trial by jury of all issues herein.

Dated: January 14th , 2019

**FARAH & FARAH, P.A.**

/s/ Wesley T. Ford
Wesley T. Ford, Esq.
Florida Bar No.:  0035738
1534 Kingsley Avenue
Orange Park, Florida 32073
Telephone: (904) 264-0701
Facsimile: (904) 358-5278
**Attorney for Plaintiff**

Email Designation:
Primary: wford@farahandfarah.com
Alt: mbarsan@farahandfarah.com

[11763504/1]