UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT HALL,

    Plaintiff,

v.                                           Case No. 3:20-cv-147-J-20JRK

PERFORMANCE TRANSPORTATION,
LLC and CALVIN HARRISON, individually,

    Defendants.
_____/

## ORDER

This matter is before this Court on a Mediator's Report (Dkt. 27) that indicates this matter has been resolved. Therefore, under Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is **DISMISSED** without prejudice, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE and ORDERED** at Jacksonville, Florida this _10th_ day of November, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Wesley T. Ford, Esq.
Carlos Mariano Macias, Esq.
Dino G. Galardi, Esq.
Edward J. Briscoe, Esq.