## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**ROBERT HALL,**

       **Plaintiff,**

v.                               **Case No. 3:20-cv-147-J-20JRK**

**PERFORMANCE TRANSPORTATION,
LLC and CALVIN HARRISON, individually,**

       **Defendants.**
_____/

### O R D E R

This matter is before this Court on Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 29).

Accordingly, it is **ORDERED**:

1 Plaintiff's "Notice of Voluntary Dismissal with Prejudice" (Dkt. 29) is **GRANTED** and this action is **dismissed with prejudice** with each party to bear his/her/its own costs and attorney's fees; and

2.   The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Jacksonville, Florida this _____ day of December, 2020.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Wesley T. Ford, Esq.
Carlos Mariano Macias, Esq.
Dino G. Galardi, Esq.
Edward J. Briscoe, Esq.